UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 107

Ruotolo

-v-

City of N.Y.

USCA NO. 06-3886-cv
USDC NO. 03-cv-5045
JUDGE: SHS
DATE: 2/5/2007

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): Darryl Fraser
FIRM: A.I.
ADDRESS: 3 Barker Avenue
White Plains, N.Y.
PHONE NO.:

DISTRICT COURT DOCKET ENTRIES

DOCUMENTS | DOC.#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record

(____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 5th Day of Feb. 2007.

**United States District Court for the Southern District of New York**

Ruotolo

-V-

City of N.Y.

Date: 2/5/2007
U.S.C.A. # 06 3886-cv
U.S.D.C. # 03cv 5045
D.C. JUDGE SHS

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 106, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| 11/15/2004 | Memorandum of LAW |
| 5/24/2005 | ORder |
| 4/21/2006 | Endorsed Letter |
| 9/20/2005 | Answer |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 5th Day of February In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By [signature]
Deputy Clerk

APPEAL, CLOSED

U.S. District Court
United States District Court for the Southern District of New York (Foley Square)
CIVIL DOCKET FOR CASE #: 1:03-cv-05045-SHS-DCF
Internal Use Only

[illegible] v. City of New York, et al
Assigned to: Judge Sidney H. Stein
Referred to: Magistrate Judge Debra C. Freeman
Demand: $1,250,000
Cause: [illegible] Prisoner Civil Rights

Date Filed: 07/08/2003
Date Terminated: 07/21/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
| --- | --- | --- |
| [illegible]/2003 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 478289. (jm) (Entered: 07/09/2003) |
| [illegible]/2003 | | Magistrate Judge Debra C. Freeman is so designated. (jm) (Entered: 07/09/2003) |
| [illegible]/2003 | 2 | ORDER, this action has been assigned to this Court for all purposes. Counsel are directed to appear in ctrm 23A on 8/14/03 at 11:00 a.m. for an initial case management conference. Plaintiff's attorney shall notify defendants' attorney of this conference. ( signed by Judge Sidney H. Stein ); copies mailed by chambers. (kw) (Entered: 07/24/2003) |
| [illegible]/2003 | 3 | WAIVER OF SERVICE of summons and complaint returned executed as to Phillip Wish [illegible] mailed on 7/21/03 . Answer due on [illegible]/03 for Phillip Wish [illegible] (Entered: 07/30/2003) |
| [illegible]/2003 | 4 | WAIVER OF SERVICE of summons and complaint returned executed as to Raymond Rooney mailed on 7/21/03 . Answer due on 9/19/03 for Raymond Rooney [illegible] (Entered: 07/30/2003) |
| [illegible]/2003 | 6 | WAIVER OF SERVICE of summons and complaint returned executed as to William Riley mailed on 7/18/03. Answer due on 9/16/03 for William Riley [illegible] (Entered: 08/06/2003) |
| [illegible]/2003 | 5 | Memo-Endorsement on letter addressed to Judge Stein from Donald C. Sullivan, dated [illegible]/30/03. reset answer to complaint due for [illegible]/03 for City of New York [illegible] pretrial conference to 10:00 9/26/03 ( signed by Judge Sidney H. Stein ); (ed) (Entered: 08/15/2003) |
| [illegible]/2003 | 7 | Memo-Endorsement on letter addressed to Judge Stein from Donald C. Sullivan, dated 9/15/03. Counsel for defendants requests that defendants' response to the complaint be served on 10/14/03 and request an adjournment of the 9/26/03 conference. Last day to respond to the complaint adjourned to 10/14/03; pretrial conference remains at 9/26/03 at 10 a.m., unless defense counsel is actually on trial in S.D.N.Y. ( signed by Judge Sidney H. Stein ) (sb) (Entered: 09/22/2003) |
| [illegible]/2003 | 8 | ORDER, plaintiff shall submit a limited number of written questions to Inspector Sarter, without prejudice to plaintiff's right to conduct a deposition of Inspector Sarter at a later date by 10/3/03; Inspector Sarter shall respond to the questions by 10/10/03; set pretrial conference for 9:30 a.m. on 10/23/03 . ( signed by Judge Sidney H. Stein ); (kw) (Entered: 10/01/2003) |
| [illegible]/2003 | 9 | Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Debra C. Freeman . ( signed by Judge Sidney H. Stein ) [illegible] |
| [illegible]/2003 | 10 | Memo-Endorsement on letter addressed to Judge Sidney H. Stein from Donald C. Sullivan, dated 11/7/03: Defendants serve motion by 11/[illegible]/03; plaintiffs serve opposition by [illegible]/03; defendants serve reply by 1/[illegible]/04. ( signed by Judge Sidney H. Stein ); (sac) (Entered: [illegible]) |
| 12/23/2003 | 11 | ENDORSED LETTER addressed to Judge Stein from Carol Kahn dated 12/15/03, pltff's opposition is due 1/16/04, and the reply is due 2/6/04 re deft's motion to dismiss. (Signed by Judge Sidney H. Stein on 12/16/03) (ed, ) (Entered: 01/12/2004) |
| 12/23/2003 | | Set/Reset Deadlines: [illegible] by 1/16/2004. Reply due by 2/6/2004 re deft's motion to dismiss. (ed, ) (Entered: [illegible]) |
| [illegible]/23/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Telephone Conference held on 1/23/2004. (kw, ) (Entered: [illegible]/2004) |
| [illegible]/23/2004 | | Set Deadlines/Hearings: [illegible] set for [illegible] 2004 10:00 AM before Magistrate Judge Debra C. Freeman. (kw, ) (Entered: [illegible]) |
| 02/06/2004 | 12 | MEMORANDUM OF LAW in opposition to defendants' motion to dismiss. Document filed by Angelo Ruotolo. (sb, ) (Entered: 02/11/2004) |
| 02/06/2004 | 13 | AFFIDAVIT of William [illegible] in Opposition to Motion to Dismiss. Document filed by Angelo Ruotolo. (sb, ) (Entered: 02/11/2004) |
| [illegible]/2004 | 15 | MOTION (FILED ON SERVICE DATE) to dismiss the compl with attached declaration of Donald C. Sullivan in support of motion. Document filed by City of New York, Thomas DiRusso, Anthony Izzo, Raymond Kelly, William Riley, Raymond Rooney, Patrick J. Timlin, Philip Wilson [illegible] (pa, ) (Entered: 02/17/2004) |
| [illegible]/2004 | 14 | ENDORSED LETTER addressed to Judge Stein from Donald Sullivan dated 2/6/2004 re: granting counsel for defts request for additional pages on their reply memorandum of law in support of their motion to dismiss. (Signed by Judge Sidney H. Stein on 2/6/2004) (jp, ) (Entered: [illegible]) |
| [illegible]/2004 | 16 | AFFIDAVIT of William [illegible] in Opposition re: [15] MOTION (FILED ON SERVICE DATE) to Dismiss..(Approved for filing by SHS) Document filed by Angelo Ruotolo. (pa, ) (Entered: 02/17/2004) |
| [illegible]/2004 | 17 | MEMORANDUM OF LAW in Opposition re: [15] MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by Angelo Ruotolo. (pa, ) (Entered: [illegible]) |

| Date | # | Docket Text |
|---|---|---|
| [illegible]/2004 | 18 | REPLY DECLARATION [illegible] Sullivan in Support re: [15] MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by City of New York, [illegible] DiRusso, Anthony Izzo, Raymond Kelly, William Kiley, Raymond Rooney, Patrick J. Timlin, Philip Wishnia. ([illegible]) (Entered: [illegible]/2004) |
| [illegible]/2004 | 19 | MEMORANDUM OF LAW in Support re: [15] MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by City of New York, Thomas DiRusso, [illegible], Raymond Kelly, William Kiley, Raymond Rooney, Patrick J. Timlin, Philip Wishnia. (pa, ) (Entered: 02/17/2004) |
| [illegible]/2004 | 20 | REPLY MEMORANDUM OF LAW in Further Support re: [15] MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by City of New York, Thomas DiRusso, Anthony Izzo, Raymond Kelly, William Kiley, Raymond Rooney, Patrick J. Timlin, Philip Wishnia. (pa, ) (Entered: [illegible]) |
| [illegible] | | Minute Entry for proceedings held before Judge Debra C. Freeman : Telephone Conference held on 2/10/2004. (kw, ) (Entered: 03/19/2004) |
| [illegible]/23/2004 | 21 | SCHEDULING ORDER: [illegible] due by [illegible]/30/2004. Telephone Conference set for 4/2/2004 10:00 AM before Magistrate Judge Debra C. Freeman. (Signed by Judge Debra C. Freeman on 2/23/2004) (jp, ) (Entered: 02/23/2004) |
| [illegible]/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Interim Pretrial Telephone Conference held on 4/2/2004 (kw, ) (Entered: 04/[illegible]/2004) |
| 04/22/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Telephone Conference held on 4/22/2004. (kw, ) (Entered: 05/04/2004) |
| [illegible]/22/2004 | | Set Deadlines/Hearings: Telephone Conference set for 5/14/2004 10:00 AM before Magistrate Judge Debra C. Freeman. (kw, ) (Entered: 05/04/2004) |
| 04/22/2004 | | MEMORANDUM TO THE DOCKET CLERK: for proceedings held before Judge Debra C. Freeman : Telephone Conference held on 4/22/2004. Next [illegible] at 10:00 a.m. (kw, ) (Entered: 05/04/2004) |
| [illegible]/2004 | 22 | CONFIDENTIALITY STIPULATION AND ORDER, regarding procedures that will govern the handling of confidential discovery materials. (Signed by Judge Debra C. Freeman on 5/11/04) (cd, ) (Entered: 05/17/2004) |
| [illegible]/14/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Status Telephone Conference held on 5/14/2004. (kw, ) (Entered: 05/20/2004) |
| [illegible]/2004 | | MEMORANDUM TO THE DOCKET CLERK: for proceedings held before Judge Debra C. Freeman : Status Telephone Conference held on [illegible]/2004. (kw, ) (Entered: 05/20/2004) |
| [illegible]/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Settlement Conference held on 6/18/2004. (kw, ) (Entered: 06/25/2004) |
| [illegible]/2004 | | Set Deadlines/Hearings: Settlement Conference set for 6/18/2004 11:00 AM before Magistrate Judge Debra C. Freeman. (kw, ) (Entered: 06/25/2004) |
| [illegible]/2004 | | MEMORANDUM TO THE DOCKET CLERK: for proceedings held before Judge Debra C. Freeman : Settlement Conference held on 6/18/2004. Settlement Conference set for 6/18/2004 11:00 AM before Magistrate Judge Debra C. Freeman. (kw, ) (Entered: 06/25/2004) |
| [illegible]/18/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Interim Pretrial Conference (in Court) held on 8/18/2004. Follow-up conference by phone on 10/8/04 at 10:00 a.m. (pl, ) (Entered: 08/20/2004) |
| [illegible]/18/2004 | | Set Deadlines/Hearings: Telephone Conference set for 10/8/2004 10:00 AM before Judge Sidney H. Stein. (pl, ) (Entered: 08/20/2004) |
| [illegible]/2004 | 23 | SUBSTITUTION OF ATTORNEY that the Law firm of Messman and Nestley, 475 Park Avenue South, 16th Floor, N.Y.C. 10016, will be substituted as counsel for plaintiff in this action. (Signed by Judge Debra C. Freeman on 8/18/04) Copies Mailed By Chambers.(pl, ) (Entered: [illegible]) |
| [illegible]/2004 | 24 | ORDER denying [15] Motion to Dismiss. For the reasons set forth on the record today, defendants' motion to dismiss the complaint is denied to the extent that it sought to dismiss the first and second claims for relief. The motion is granted to the extent that the third claim for relief is dismissed. The Complaint is deemed amended to add the phrase, "section 75-b of the New York Civil Service Law" at paragraph [illegible] of the complaint, contained in the dismissed third claim. So Ordered. (Signed by Judge Sidney H. Stein on 8/[illegible]/04) (jco, ) (Entered: 08/31/2004) |
| [illegible]/2004 | 25 | TRANSCRIPT of proceedings held on 8/18/04 before Judge Debra C. Freeman.(dfe, ) (Entered: 09/14/2004) |
| [illegible]/15/2004 | 26 | TRANSCRIPT of proceedings held on [illegible] before Judge Sidney H. Stein.(dfe, ) (Entered: 09/15/2004) |
| [illegible]/15/2004 | 27 | ENDORSED LETTER addressed to Judge Stein from [illegible] Messman dated 9/2/2004 re: upon consideration of this letter, and defts letter of [illegible] plaintiffs application to reinstate the third claim for relief is denied. (Signed by Judge Sidney H. Stein on [illegible]/04) (jp, ) (Entered: [illegible]/2004) |
| [illegible]/2004 | 28 | TRANSCRIPT of proceedings held on 8/18/04 before Judge Debra C. Freeman.(pa, ) (Entered: 09/21/2004) |
| [illegible]/2004 | | Set Deadlines/Hearings: Settlement Conference set for [illegible]/2004 11:00 AM before Judge Sidney H. Stein. Telephone Conference set for [illegible] AM before Judge Sidney H. Stein. (pl, ) (Entered: 10/12/2004 |
| [illegible]/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Status telephone Conference held on 10/8/2004. Settlement scheduled for [illegible] follow up [illegible] 10:30 a.m. (pl, ) (Entered: 10/12/2004) |
| [illegible]/2004 | 29 | SCHEDULING ORDER: Pursuant to the telephone conference with the Court on 10/8/2004 with counsel for both parties; Plaintiff's expert report [illegible] no later than [illegible]/2005 Fact Discovery due by 1/[illegible]/2005. Settlement Conference set for [illegible] AM before Magistrate Judge Debra C. Freeman. Telephone Conference set for 10/27/2004 10:30 AM before Magistrate Judge Debra C. Freeman. (Signed by Judge Debra C. Freeman on 10/12/2004) copies mailed by Chambers.(jsa, ) (Entered: 10/15/2004) |
| [illegible]/2004 | 30 | NOTICE OF MOTION (FILED ON SERVICE DATE) to Amend And Supplement The Complaint, With The Exhibit Attached Thereto, And Upon All Prior Pleadings And Proceedings. Document filed by Angelo Rustolo. (jpd, ) (Entered: 10/19/2004) |
| 10/1[illegible]/2004 | 31 | MEMORANDUM OF LAW in Support re: [30] MOTION (FILED ON SERVICE DATE) to Amend/Correct.. Document filed by Angelo Rustolo. (jpd, ) (Entered: [illegible]/2004) |

| Date | # | Docket Text |
|---|---|---|
| [illegible]/2004 | 3[illegible] | [illegible] DECLARATION [illegible] City of New York, Thomas DiRusso, Anthony Izzo, Raymond Kelly, William Riley, Raymond Rooney, Patrick J. Timlin, Phillip Wishnia. (pl, ) (Entered: 10/[illegible]/2004) |
| 10/[illegible]/2004 | 34 | MEMORANDUM OF LAW [illegible] [illegible] MOTION (FILED ON SERVICE DATE) to Amend/Correct. Document filed by City of New York, Thomas DiRusso, Anthony Izzo, Raymond Kelly, William Riley, Raymond Rooney, Patrick J. Timlin, Phillip Wishnia. (pl, ) (Entered: [illegible]) |
| 10/27/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Status Telephone Conference held on 10/27/2004. Next t/c [illegible] Settlement Conference [illegible] (pl, ) (Entered: [illegible]/2004) |
| 10/[illegible]/2004 | | Set Deadlines/Hearings: Telephone Conference set for 12/[illegible]/2004 [illegible] AM before Magistrate Judge Debra C. Freeman. Telephone Conference [illegible] AM before Judge Sidney H. Stein. (pl, ) (Entered: 11/08/2004) |
| 10/2[illegible]/2004 | 35 | REPLY MEMORANDUM OF LAW in Support re: [30] MOTION (FILED ON SERVICE DATE) to Amend/Correct. Document filed by Angelo Ruotolo. (pl, ) (Entered: 10/2[illegible]/2004) |
| 11/15/2004 | 35 | MEMORANDUM OF LAW [illegible] to plaintiff's purported claim of constructive discharge. Document filed by City of New York, Thomas DiRusso, Anthony Izzo, Raymond Kelly, William Riley, Raymond Rooney, Patrick J. Timlin, Phillip Wishnia. (jco, ) (Entered: 11/18/20[illegible]) |
| 12/[illegible]/2004 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Telephone Status Conference held on 12/6/2004. Next t/c [illegible]/05 @ 9:30; Settlement Conference scheduled for 12/[illegible] is cancelled. (pl, ) (Entered: 12/[illegible]/2004) |
| 12/[illegible]/2004 | | Set Deadlines/Hearings: Telephone Conference set for 1/14/2005 09:30 AM before Magistrate Judge Debra C. Freeman. (pl, ) (Entered: 12/[illegible]) |
| 01/[illegible]/2005 | 36 | ENDORSED LETTER addressed to Mag. Judge Debra Freeman from Bonnie Mussman dated 1/6/05 re: granting the parties joint request that the discovery period be extended to [illegible] 3/15/05. (Signed by Judge Debra C. Freeman on 1/6/05) Copies Mailed By Chambers.(pl, ) Modified on [illegible] (pl, ). (Entered: 01/18/2005) |
| 01/[illegible]/2005 | | Set/Reset Scheduling Order Deadlines: Discovery due by 3/15/2005. (pl, ) (Entered: 01/[illegible]/2005) |
| 01/14/2005 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Status telephone Conference held on 1/14/2005. Telephone Conference set for 2/[illegible] AM before Magistrate Judge Debra C. Freeman. (kw, ) (Entered: 01/25/2005) |
| [illegible]/2005 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Telephone Conference held on 2/7/2005. Next T/C set for [illegible] (Entered: [illegible]/2005) |
| 0[illegible]/2005 | | Set/Reset Hearings: Telephone Conference set for 3/18/2005 11:00 AM before Judge Sidney H. Stein. (pl, ) (Entered: 02/15/2005) |
| [illegible]/2005 | 37 | ORDER: regarding discovery [illegible] by the parties. Discovery due by 4/30/2005. (Signed by Judge Debra C. Freeman on [illegible]/05) Copies Mailed [illegible] (Entered: 02/[illegible]/2005) |
| 0[illegible]/2005 | 38 | Objection re: [37] Order [illegible] Declaration of Rebecca Northey in support attached. Document filed by Angelo Ruotolo. (jco, ) (Entered: [illegible]) |
| [illegible]/2005 | 39 | LETTER addressed to [illegible] dated 2/2[illegible]/05 [illegible] the Court [illegible] Judge Freeman's order directing [illegible] disclosure [illegible]. Document filed by City of New York. ([illegible]) (Entered: 03/03/2005) |
| [illegible]/2005 | 40 | LETTER addressed to Judge Sidney H. Stein from Bonnie Mussman dated 2/[illegible]/05 re: plaintiff responding to dfts requests contained in Mr. Sullivan letter [illegible] dated 2/2[illegible]/05, that you overrule Paragraph 5 of the 2/7/05 Order of Mag. Judge Freeman. Document filed by [illegible] (Entered: 03/[illegible]/2005) |
| 0[illegible]/2005 | 41 | ORDER the Court [illegible] objections to Magistrate Judge Freeman's order dated 2/7/05. (Signed by Judge Sidney H. Stein on 3/2/05) (se, ) (Entered: [illegible]/2005) |
| 0[illegible]/2005 | 42 | MEMORANDUM AND ORDER: for the foregoing reasons, defendants' motion to compel production is denied, except that plaintiff is ordered to [illegible] the unredacted portions of these documents submitted to the Court in proposed redacted form. (Signed by Judge Debra C. Freeman on 4/6/2005) copies mailed by chambers. (sac, ) (Entered: 04/08/2005) |
| 0[illegible]/2005 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Telephone Conference re: discovery held on 4/18/2005. Telephone Conference set for [illegible] AM before Magistrate Judge Debra C. Freeman. (ae, ) (Entered: 04/29/2005) |
| 0[illegible]/2005 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Oral Argument held on 5/6/2005 re: outstanding discovery disputes. [illegible] |
| 0[illegible]/2005 | 43 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Rebecca Northey dated 5/20/05 re: counsel for plaintiff requests a [illegible] conference [illegible] discovery disputes. Counsel are directed to specify for the court the date and page number [illegible] where these particular issues were addressed. For the issues not previously raised before the court [illegible] to submit letters to the court of no more than 5 pages, explaining their positions [illegible] not later than 5/25/05. (Signed by Judge Debra C. Freeman on 5/2[illegible]/05) [illegible] (Entered: 05/[illegible]/2005) |
| 05/24/2005 | 44 | ORDER granting [illegible] Motion to Amend [illegible] except to the extent that pltf's motion seeks leave to add new claims for either retaliation arising out of the filing of the complaint or constructive discharge. (Signed by Judge Debra C. Freeman on 5/23/05) [illegible] (Entered: 05/[illegible]/2005) |
| 0[illegible]/2005 | 45 | MEMORANDUM AND ORDER: [illegible] plaintiff's motion for leave to file the Second Amended Complaint is granted, except to the extend that plaintiff's motion seeks leave to add new claims for either retaliation arising out of the filing of the Complaint or constructive discharge. So Ordered. (Signed by Judge Debra C. Freeman on [illegible]) (jco, ) (Entered: [illegible]/2005) |
| [illegible]/2005 | 46 | ENDORSED LETTER addressed to Judge Freeman from Bonnie Mussman dated 5/2[illegible]/05 re: request for permission to submit up to [illegible] pages explaining the positions on the issues outlined in their joint letter to the Court dated 5/20/05. Application granted. (Signed by Judge Debra C. Freeman on [illegible]/05) Copies faxed by Chambers.(ye, ) (Entered: 05/27/2005) |
| 0[illegible]/2005 | | Minute Entry for proceedings held before Judge Debra C. Freeman : Telephone Conference held on 5/26/2005. (jco, ) (Entered: [illegible]) |
| [illegible]/31/2005 | 47 | ORDER: 1) plaintiff's request to compel the deposition of Officer [illegible] will not be considered at this time; 2) plaintiff's request for the deposition of defendant Nonadian is DENIED; 3) defendants shall produce any public or internal complaints by Sergeant Anthony Izzo [illegible] by Sergeant DiRusso; 4) plaintiff's request to compel the production of documents not previously requested in discovery are DENIED, except that defendants shall produce all memo books or portions |

| Date | # | Docket Text |
| --- | --- | --- |
| | | [illegible] to refresh his recollection in preparation for his deposition testimony, 5) plaintiffs request for the [illegible] files of Officers [illegible], Martinez, Brooks and Lawrence are DENIED as further set forth in said Order. [illegible] plaintiffs [illegible] the production of memoranda from the commanding officer of the 41st Precinct regarding [illegible] plaintiffs request to reopen Lieutenant Wishnia's deposition as further set forth is premature. [illegible] at 10:30 a.m. (Signed by Judge Debra C. Freeman [illegible]) (Entered: 06/01/2005) |
| 06/01/2005 | | [illegible] Hearings [illegible] 6/14/2005 [illegible] before Magistrate Judge Debra C. Freeman. Telephone Conference [illegible] before Magistrate Judge Debra C. Freeman. (djc, ) (Entered: 06/01/2005) |
| [illegible]/2005 | 48 | Objection [illegible] (Entered: [illegible]) |
| [illegible]/2005 | 49 | MEMO ENDORSEMENT [illegible] Rulings of Magistrate Judge; [illegible] document is deemed to be a motion for reconsideration of Magistrate [illegible] 5/23 and 5/26 determinations and is therefore referred to her for determination. (Signed by Judge Sidney H. Stein [illegible]) (Entered: 06/[illegible]/2005) |
| [illegible]/2005 | 50 | MEMORANDUM [illegible] Plaintiff's Motion for Reconsideration of May 2[illegible], 2005 Order. Document filed by City of New York, Raymond Kelly, [illegible] Tiralin, Anthony Izzo, Raymond Rooney, William Riley, Thomas DiRusso, Phillip Wishnia. [illegible] (Entered: [illegible]) |
| [illegible]/2005 | | Minute Entry for proceedings held before Judge Debra C. Freeman: Status Telephone Conference held on 6/23/2005. (kw, ) (Entered: [illegible]) |
| 06/[illegible]/2005 | 51 | MEMORANDUM [illegible] motion. Document filed by Angelo Ruotolo. (fk, ) (Entered: [illegible]) |
| [illegible]/2005 | 52 | MEMORANDUM [illegible] For the reasons set forth in this Order, plaintiff's motion for [illegible] motion to supplement his complaint, but the motion is denied with respect [illegible]. Accordingly, as set forth in this Order, plaintiff is granted [illegible] entirety. [illegible] are directed to serve and file an answer to plaintiff's second amended complaint within [illegible] days of the date of this Order (Signed by Judge Debra C. Freeman on 7/8/05) Copies mailed by chambers (yv, ) (Entered: [illegible]) |
| [illegible]/2005 | 54 | STATEMENT [illegible] Memorandum and Order of Magistrate Judge Freeman. Document filed by City of New York, Raymond Kelly, Patrick J. Tiralin, Anthony Izzo, Raymond Rooney, William Riley, Thomas DiRusso, Phillip Wishnia. ([illegible]) (Entered: 07/28/2005) |
| [illegible]/2005 | 55 | PLAINTIFF'S RESPONSE [illegible] [54] Statement of Damages. Document filed by Angelo Ruotolo. (jmi, ) (Entered: [illegible]) |
| [illegible]/2005 | 56 | ORDER ADOPTING [illegible] The Court has received Magistrate Judge Debra Freeman's Memorandum and Order [illegible] 2005, Defendants' Statement of Objections dated July 2[illegible], 2005, and Plaintiff's response dated August [illegible], 2005. The [illegible] Memorandum and Order is neither clearly erroneous nor contrary to law. Accordingly, it is hereby ordered that Magistrate Judge Freeman's Memorandum and Order is affirmed. (Signed by Judge Sidney H. Stein on [illegible]) |
| 08/03/2005 | [illegible] | SECOND AMENDED COMPLAINT amending [1] Complaint against James Essig, Anthony Henry, Terence A. Monahan, City of New York, Raymond Kelly, Patrick J. Tiralin, Anthony Izzo, Raymond Rooney, William Riley, Thomas DiRusso, Phillip Wishnia. Document filed by Angelo Ruotolo. Related document: [1] Complaint. (yv, ) (Entered: 08/10/2005) |
| [illegible]/2005 | | Set Answer Due Date [illegible] Amended Complaint [illegible] as to City of New York answer due on 8/22/2005; Raymond Kelly answer due on 8/22/2005; Patrick J. Tiralin answer due on 8/22/2005; Anthony Izzo answer due on 8/22/2005; Raymond Rooney answer due on 8/22/2005; William Riley answer due on 8/22/2005; Thomas DiRusso answer due on 8/22/2005; Phillip Wishnia answer due on 8/[illegible]/2005. ([illegible]) (Entered: 08/10/2005) |
| 08/[illegible]/2005 | | Minute Entry for proceedings held before Judge Debra C. Freeman: Status Telephone Conference held on 8/11/2005. Parties are to contact J. Stein's Chambers to discuss the motion schedule. ([illegible]) (Entered: 08/[illegible]/2005) |
| 08/[illegible]/2005 | 57 | ORDER. Expert discovery is hereby stayed until defendants' summary judgment motion is decided; and that, if summary judgment is denied in whole or in part, counsel shall contact the Court within 30 days to schedule expert discovery (Signed by Judge Debra C. Freeman on 8/[illegible]/05) Copies mailed by chambers.(yv, ) (Entered: 08/[illegible]/2005) |
| [illegible]/01/2005 | 59 | AFFIDAVIT OF SERVICE of [illegible] Second Amended and SUPPLEMENTAL Complaint. Anthony Henry served on [illegible], answer due [illegible] Document filed by Angelo Ruotolo; Also mailed copy of same to defendant on 8/26/05 (djc, ) (Entered: [illegible]) |
| [illegible]/2005 | 60 | AFFIDAVIT OF SERVICE of [illegible] and Amended Complaint. Terence A. Monahan served on 8/29/2005, answer due 9/19/2005. Service was [illegible]. Service was made by personal service. Document filed by Angelo Ruotolo. (djc, ) (Entered: [illegible]) |
| [illegible]/01/2005 | 61 | AFFIDAVIT OF SERVICE [illegible] Second Amended Complaint. James Essig served on 8/29/2005, answer due 9/19/2005. Service was accepted by [illegible]. Document filed by Angelo Ruotolo, also mailed copy of same to defendant on [illegible] (djc, ) (Entered: [illegible]) |
| [illegible]/2005 | 62 | STIPULATION AND ORDER [illegible] to answer the complaint shall be twenty days after plaintiff's [illegible] service of the supplemental summons and second amended and supplemental complaint [illegible] (Signed by Judge Sidney H. Stein on [illegible]/7/05) (js, ) (Entered: 09/09/2005) |
| [illegible]/2005 | 63 | ORDER: Defendants' [illegible] judgment is due by [illegible]. The plaintiff's opposition to the motion is due by [illegible]. The Reply [illegible]. If [illegible] the parties are directed to notify the Court, in writing, to [illegible] (Signed by Judge Sidney H. Stein on [illegible]) (js, ) (Entered: 09/21/2005) |
| 09/20/2005 | 64 | ANSWER to Amended Complaint. Document filed by City of New York, Raymond Kelly, Patrick J. Tiralin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Phillip Wishnia.(cle, ) (Entered: 09/2[illegible]/2005) |
| [illegible]/2005 | 65 | ENDORSED LETTER [illegible] Magistrate Judge Debra C. Freeman from [illegible] dated 10/20/2005 re: defendants' [illegible] response to plaintiff's letter dated [illegible] attempting to obtain further information about former Deputy Inspector Richard [illegible] ENDORSEMENT: Defendant shall produce documents sufficient to show whether Deputy Inspector [illegible] was placed on modified duty or otherwise disciplined upon the Department's discovery of his alleged activities outside [illegible] (Signed by Magistrate Judge Debra C. Freeman on 10/26/2005) (lb, ) (Entered: 10/28/2005) |

[illegible] of 6

2/5/2007 12:07 PM

| Date | # | Docket Text |
|---|---|---|
| 11/01/2005 | 69 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Lawrence J. Profeta dated 10/31/05 re: a request for permission to submit a [illegible] page memorandum of law. ENDORSEMENT: So ordered. (Signed by Judge Sidney H. Stein on 10/31/05) (kco, ) (Entered: 11/02/2005) |
| 11/04/2005 | 68 | MOTION (FILED ON SERVICE DATE) for Summary Judgment pursuant to FRCP 56; attached are papers in support. Document filed by City of New York, Raymond Kelly, Patrick J. Timlin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Philip Wishnia. (ed, ) (Entered: 11/08/2005) |
| 11/04/2005 | 69 | MEMORANDUM OF LAW in Support re: [68] MOTION (FILED ON SERVICE DATE) for Summary Judgment. Document filed by City of New York, Raymond Kelly, Patrick J. Timlin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Philip Wishnia. (ed, ) (Entered: 11/08/2005) |
| 11/28/2005 | 70 | ENDORSED LETTER addressed to Judge Sidney H. Stein from [illegible] Mussman dated 11/28/05 re: Request permission to submit a memorandum of law of [illegible] pages in opposition to defendants' motion for summary judgment. ENDORSEMENT: So Ordered. (Signed by Judge Sidney H. Stein on 11/28/05) (js, ) (Entered: 11/29/2005) |
| 12/02/2005 | 71 | MEMORANDUM OF LAW in Opposition re: [68] MOTION (FILED ON SERVICE DATE) for Summary Judgment. Document filed by Angelo Rucelo. [illegible] (Entered: 12/05/2005) |
| 12/02/2005 | 72 | DECLARATION of [illegible] in Opposition re: [68] MOTION (FILED ON SERVICE DATE) for Summary Judgment. Document filed by Angelo Rucelo. [illegible] (Entered: 12/05/2005) |
| 12/02/2005 | 73 | DECLARATION of [illegible] in Opposition re: [68] MOTION (FILED ON SERVICE DATE) for Summary Judgment. Document filed by Angelo Rucelo. [illegible] (Entered: 12/05/2005) |
| 12/02/2005 | 74 | DEPOSITION TESTIMONY IN OPPOSITION TO DEFTS' MOTION FOR SUMMARY JUDGMENT. Document filed by Angelo Rucelo. [illegible] (Entered: 12/05/2005) |
| 12/02/2005 | 75 | [illegible] IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. Document filed by Angelo Rucelo. [illegible] (Entered: 12/05/2005) |
| 12/14/2005 | 76 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Lawrence J. Profeta dated 12/14/2005 re: defendants respectfully [illegible] ENDORSEMENT: So Ordered. (Signed by Judge Sidney H. Stein on [illegible]) [illegible] |
| 12/16/2005 | 77 | REPLY MEMORANDUM OF LAW in Support re: [68] MOTION (FILED ON SERVICE DATE) for Summary Judgment. Document filed by City of New York, Raymond Kelly, Patrick J. Timlin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Philip Wishnia. Received in night deposit box on 12/16/05 at 5:45 p.m. (dle, ) (Entered: [illegible]) |
| 12/16/2005 | 78 | REPLY [illegible] REPLY DECLARATION of Lawrence J. Profeta and exhibits in further Support of [68] MOTION (FILED ON SERVICE DATE) for Summary Judgment. Document filed by City of New York, Raymond Kelly, Patrick J. Timlin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Philip Wishnia. [illegible] (Entered: [illegible]2005) |
| [illegible]/2006 | 79 | ENDORSED LETTER addressed to Judge Sidney H. Stein from [illegible] dated [illegible] re: Request permission to file [illegible] Reply [illegible] the Motion for Summary Judgment. So Ordered. (Signed by Judge Sidney H. Stein on [illegible]) (Entered: [illegible]/2006) |
| [illegible]/2006 | 80 | REPLY DECLARATION [illegible] in response to Defendants' Reply Memorandum of Law. Document filed by Angelo Rucelo. [illegible] |
| [illegible]/2006 | 81 | ORDER [illegible] Motion for Summary Judgment [illegible] defendants' summary judgment motion is DENIED [illegible] to any incidents alleged prior to [illegible], 2001. (Signed by Judge Sidney H. Stein on 2/5/06) (kco, ) (Entered: [illegible]/2006) |
| 02/13/2006 | 82 | MOTION (FILED ON SERVICE DATE) to Bifurcate [illegible] Monell claim for trial and MOTION (FILED ON SERVICE DATE) to Stay [illegible] Monell discovery. Attached [illegible] Declaration in support. Document filed by City of New York, Raymond Kelly, Patrick J. Timlin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Philip Wishnia. (dle, ) (Entered: 02/15/2006) |
| 02/13/2006 | 83 | MEMORANDUM OF LAW in Support re: [82] MOTION (FILED ON SERVICE DATE) to Bifurcate. MOTION (FILED ON SERVICE DATE) to Stay. MOTION (FILED ON SERVICE DATE) to Bifurcate. MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by City of New York, Raymond Kelly, Patrick J. Timlin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Philip Wishnia. (dle, ) (Entered: 02/15/2006) |
| 02/16/2006 | 84 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Rebecca Northey dated 2/8/2006 re: propose the following schedule for completing discovery and pre-trial submissions in this case: Plaintiff to serve Monell document requests [illegible] to serve responses to Monell discovery by [illegible]; All Monell discovery to be completed by [illegible]; Plaintiff to identify experts and produce expert reports to defendants' counsel by 5/1/2006; expert discovery to be completed by [illegible]; plaintiff to provide defendant with plaintiff's portions of a pre-trial order by 5/16/2006; defendants to provide plaintiff with their portions of a pretrial order by 5/23/2006; joint pre-trial order to be filed by 5/26/2006; trial to commence on [illegible]. ENDORSEMENT: As defendants have moved to bifurcate and stay Monell discovery, such discovery is hereby [illegible] the outcome of defendants' motion. Otherwise the within proposed schedule is adopted. (Signed by Magistrate Judge Debra C. Freeman on [illegible]) Copies Mailed By Chambers(db, ) (Entered: 02/17/2006) |
| 03/02/2006 | 85 | DECLARATION of Rebecca Northey in Opposition re: [82] MOTION (FILED ON SERVICE DATE) to Bifurcate. MOTION (FILED ON SERVICE DATE) to Stay. MOTION (FILED ON SERVICE DATE) to Bifurcate. MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Angelo Rucelo. [illegible] (Entered: 03/03/2006) |
| 03/[illegible]/2006 | 86 | REPLY MEMORANDUM OF LAW in Support re: [82] MOTION (FILED ON SERVICE DATE) to Bifurcate. MOTION (FILED ON SERVICE DATE) to Stay. MOTION (FILED ON SERVICE DATE) to Bifurcate. MOTION (FILED ON SERVICE DATE) to Stay. Document filed by City of New York, Raymond Kelly, Patrick J. Timlin, Anthony Izzo, James Essig, Anthony Henry, Terence A. Monahan, Raymond Rooney, William Riley, Thomas DiRusso, Philip Wishnia. (kco, ) (Entered: 03/06/2006) |
| [illegible]/2006 | 87 | REPLY DECLARATION of [illegible] Profeta in Support re: [82] MOTION (FILED ON SERVICE DATE) to Bifurcate. MOTION (FILED ON SERVICE DATE) to Stay. [illegible] (Entered: [illegible]/2006) |
| [illegible]/2006 | 88 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Lawrence J. Profeta dated [illegible]/06 re: the Court accepts defendants' proposed discovery [illegible] directed to appear before Judge Stein on April 28, [illegible]. (Signed by Magistrate Judge Debra C. Freeman on [illegible]/06) (dle, ) (Entered: [illegible]) |

| Date | # | Docket Text |
|---|---|---|
| [illegible] | 90 | ORDER: [illegible] his portion of the pretrial order on or before 5/16/2006; [illegible] The joint pretrial order, [illegible] on or before 5/23/2006; and the [illegible] (Signed by Judge Sidney H. Stein on 4/2[illegible]/2006) [illegible] (Entered: [illegible]) |
| 5/[illegible]/2006 | [illegible] | JOINT PRETRIAL [illegible] Judge Sidney H. Stein [illegible] (Entered: 05/[illegible]/2006) |
| [illegible] | 91 | ORDER: [illegible] the response is due 6/7 and the reply is due 6/9. The trial in this action [illegible] is adjourned sine die. (Signed by Judge Sidney H. Stein on [illegible]/2006) [illegible] (Entered: 06/05/2006) |
| 06/05/200[illegible] | 92 | PROPOSED VOIR DIRE [illegible] Document filed by Angelo Rustoloo. [illegible] (Entered: 06/07/2006) |
| 06/0[illegible]/2006 | 93 | REQUEST TO CHA[illegible] [illegible] filed by Angelo Rustoloo. [illegible] (Entered: 06/07/[illegible]) |
| [illegible]/06/2006 | 94 | LETTER addressed to Judge [illegible] James [illegible] Lemonedes (Assistant Corporation Counsel) dated 6/2/06 re: readdressing defendants' motion to dismiss [illegible] the instant complaint. Document filed by City of New York, [illegible] Anthony [illegible] Henry, Terence A. Monahan, Raymond Rooney, William Ries, [illegible] DiRusso, Philip Wishnia [illegible] (Entered: 06/[illegible]/2006) |
| [illegible]/2006 | 95 | LETTER addressed to Judge Stein from James Lemonedes dated [illegible] defts motion to dismiss. Document filed by City of New York.[illegible] (Entered: [illegible]) |
| [illegible] | 96 | ORDER: [illegible] for trial [illegible] conclusion of Rustolo's claims against the [illegible] (Signed by [illegible] Sidney H. Stein on 6/[illegible]/06) [illegible] (Entered: 06/[illegible]/2006) |
| [illegible]/2006 | 97 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Donald [illegible] Massaran dated 6/12/06 re: Request permission to supplement [illegible] renewed motion to dismiss by adding the attached document to the record. ENDORSEMENT: [illegible] (Signed by Judge Sidney H. Stein on 6/[illegible]/06) [illegible] (Entered: 06/[illegible]/2006) |
| [illegible]/2006 | 98 | LETTER addressed to [illegible] Northey dated [illegible] re: letter written in opposition to defendants' motion to dismiss. Document filed by Angelo [illegible] (Entered: [illegible]) |
| [illegible] | 99 | MEMORANDUM AND ORDER [illegible] Defendants' renewed motion to dismiss the complaint is granted and the complaint is dismissed. [illegible] (Signed by Judge Sidney H. Stein on 7/[illegible]/06) [illegible] (Entered: [illegible]/2006) |
| [illegible] | | Transmission [illegible] Memorandum & Opinion [illegible] to the Judgments and Orders Clerk. [illegible] (Entered: 07/[illegible]) |
| [illegible]/2006 | 100 | CLERK'S JUDGMENT [illegible] motion to dismiss is granted. (Signed by J. Michael McMahon, Clerk on 7/21/06) [illegible] (Entered: 07/[illegible]) |
| [illegible]/2006 | | [illegible] Clerk's [illegible] of Record: [illegible] Lawrence J. Profet[illegible] [illegible] (Entered: 07/[illegible]) |
| [illegible]/2006 | 101 | MOTION [illegible] for Leave to file and serve the Third Amended and Supplemental Complaint; MOTION for Reconsideration [illegible] defendants' renewed motion to dismiss. Attached is Massaran Declaration. Document filed by Angelo [illegible] |
| [illegible] | 102 | MEMORANDUM OF LAW [illegible] MOTION for Leave to File to file and serve the Third Amended and Supplemental Complaint. MOTION for Reconsideration. MOTION to Vacate. MOTION for Leave to File to file and serve the Third Amended and Supplemental Complaint. MOTION for Reconsideration. Document filed by City of New York, [illegible] Anthony Henry, Terence A. Monahan, Raymond Rooney, William [illegible] (Entered: [illegible]/2006) |
| 08/[illegible]/2006 | 103 | MEMORANDUM ORDER [illegible] in said Order, plaintiff's [101] MOTION to Vacate; for Leave to File and serve the Third Amended and Supplemental Complaint is DENIED. (Signed by Judge Sidney H. Stein on 8/15/06) [illegible] (Entered: 08/[illegible]) |
| [illegible]/2006 | 104 | REPLY MEMORANDUM [illegible] Motion for Relief from Judgment [illegible] complaint and for reargument and [illegible] Document filed by Angelo Rustolo. [illegible] (Entered: 08/17/2006) |
| [illegible]/2006 | 105 | NOTICE OF APPEAL from [illegible] Document filed by Angelo Rustolo. Filing fee $ 455.00, receipt number [illegible] Attorney(s) of Record: Corporation Counsel. [illegible] (Entered: 08/17/2006) |
| [illegible]/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [105] Notice of Appeal. [illegible] (Entered: 08/[illegible]/2006) |
| [illegible]/17/2006 | | Transmission of Notice of Appeal to the District Judge re: [105] Notice of Appeal. [illegible] (Entered: 08/17/2006) |
| [illegible]/2006 | [illegible] | [illegible] (Entered: [illegible]/2006) |